UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13CR2610-LAB |
| Plaintiff, | ORDER DISMISSING INDICTMENT AND JUDGMENT OF DISMISSAL |
| v. | |
| EDGARDO SALVADOR RODRIGUEZ-PEREZ, | |
| Defendant. | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed in the interests of justice and without prejudice against Defendant EDWIN FERNANDO MARTINEZ. Defendant shall be released from criminal custody in this case.

DATED: August 21, 2013

HONORABLE LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE